UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SHAWN L PERROT,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 25-cv-09635-RMI<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME AND SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 9 |

Currently pending before the Court is Plaintiff's Motion to Shorten Time, requesting that the briefing timeline regarding his Motion for Remand be shortened. Plaintiff contends that shortening the timeline is warranted because he will face immediate financial hardship under the standard briefing schedule and because there is a lack of prejudice to Defendant. (Pl.'s Mot., Dkt. 9.) Defendant had four days to oppose the Motion to Shorten Time under Civil Local Rule 6-3(b); that deadline has passed and Defendant has not opposed the motion. As such, and for good cause appearing, the Court **GRANTS** Plaintiff's Motion to Shorten Time. However, the timeline requested in Plaintiff's motion was so abbreviated that it has already passed and cannot be implemented. The Court therefore **SETS** the following briefing schedule: Defendant shall file its response to Plaintiff's Motion to Remand by Tuesday, November 25, 2025; Plaintiff shall file any reply by Tuesday, December 2, 2025.

**IT IS SO ORDERED.**

Dated: November 18, 2025

ROBERT M. ILLMAN
United States Magistrate Judge